UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00152 |
| | ) | |
| | ) | JUDGE NEWBERN |
| JAMES SHELTON | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Henry C. Leventis, United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government in a case, that involves…any felony…that involves the possession or use of a firearm." 18 U.S.C. § 3142(f)(1)(E)

The Indictment in this case alleges that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(1) which, as the Court is well aware, is a felony. Therefore, the Government is entitled to a detention hearing on its own motion. The United States submits that, based on his criminal history, the Defendant is a danger the community and, based on his history on supervised release, is a flight risk. Finally, the Defendant was transported to federal court on a writ of habeas corpus ad prosequendum.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.


Case 3:24-cr-00152   Document 6   Filed 09/03/24   Page 1 of 2 PageID #: 9

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:  /s/ Robert E. McGuire
ROBERT E. MCGUIRE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6610
robert.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 3rd day of September, 2024.

/s/ Robert E. McGuire
ROBERT E. MCGUIRE